# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 207 WAL 2020

        Respondent    :

                     :   Petition for Allowance of Appeal
                     :   from the Order of the Superior Court

        v.    :

DUWAYNE A. DIXON, JR.,    :

        Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2020, the Petition for Allowance of Appeal
is **GRANTED**. The issue, as stated by petitioner, is:

> Did the Superior Court err in ruling that the [PCRA court] correctly ruled that
> the original trial court's jury instruction at Count IV (Intimidation of Witness
> or Victim) was legally proper, despite (1) the trial court instructing the jury
> to find, as a matter of law, what the grading of the prior or underlying offense
> is, which in turn set the grading of the Intimidation of Witness or Victim
> charge; (2) by failing to include a place on the verdict form for the jury to
> indicate that it found that the prior or underlying crime was a felony of the
> first degree, and/or (3) by failing to include a place for the jury to indicate
> that it found the grading elements of subsection (b)(1)(i) or (b)(1)(iii)?